# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jeffrey S. Ardolino, | ) | Bankruptcy No. 14-22255-GLT |
| Debtor. | ) | |
| | ) | Chapter 13 |
| PNC Bank, National Association, | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | |
| Jeffrey S. Ardolino, | ) | |
| | ) | |
| Respondent. | ) | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant to the Order of Court entered on October 28, 2016, after reasonable investigation and upon review of the existing Chapter 13 Plan, and the recomputed plan, it appears to Debtor that the existing payment is sufficient to fund the plan even with the proposed payment changes for December 1, 2016. The new post-petition monthly payment payable to Movant is $820.22, effective December 1, 2016 per the notice dated October 27, 2016.

Dated: November 17, 2016    /s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
400 Penn Center Blvd., Suite 306
Pittsburgh, PA 15235
(412) 823-8080 Telephone
(412) 823-8686 Facsimile
bthompson@thompsonattorney.com