# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jeffrey S. Ardolino, | ) | Bankruptcy No. 14-22255-GLT |
| Debtor. | ) | |
| | ) | Chapter 13 |
| PNC Bank, National Association, | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | |
| Jeffrey S. Ardolino, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

    I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on November 17, 2016, via electronic communication and/or first class mail postage prepaid:

Lucy Miller, Default Support Specialist
PNC Mortgage
3232 Newmark Drive
Miamisburg, OH 45342


Date: <u>November 17, 2016</u>          s/Meghna Hodge
    Meghan Hodge, Paralegal
    THOMPSON LAW GROUP, P.C.
    125 Warrendale-Bayne Rd., Suite 200
    Warrendale, PA 15086
    (724) 799-8404 Telephone
    (724) 799-8409 Facsimile
    mhodge@thompsonattorney.com