## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-22255-GLT |
| | ) | |
| Jeffrey S. Ardolino, Sr., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | May 17, 2017 at 10:30 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Jeffrey S. Ardolino, Sr..

2. This is a second interim application for the period May 27, 2014 through April 10, 2017.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $4,000.00

5. Applicant requests additional:
   Compensation of $5,485.00
   Reimbursement of Expenses of $345.76

6. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio, on May 17, 2017 at 10:30 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before April 28, 2017, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: April 11, 2017            s/Brian C. Thompson
                                 Brian C. Thompson, Esquire
                                 PA ID No. 91197
                                 THOMPSON LAW GROUP, P.C.
                                 125 Warrendale-Bayne Road, Suite 200
                                 Warrendale, PA 15086
                                 (724) 799-8404
                                 bthompson@thompsonattorney.com