# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-22255-GLT |
| | ) | |
| Jeffrey S. Ardolino, Sr., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| ----------------------------------------- | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | May 17, 2017 at 10:30 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on April 11, 2017 at Document No. 100 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than April 28, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application for Compensation recorded at Document No. 100 be entered by the Court.

Date: <u>May 1, 2017</u>                                s/ Brian C. Thompson
                                                               Brian C. Thompson, Esquire
                                                               Attorney for Debtor(s)
                                                               PA ID No. 91197
                                                               THOMPSON LAW GROUP, P.C.
                                                               125 Warrendale Bayne Rd., Suite 200
                                                               Warrendale, PA 15086
                                                               (724) 799-8404 Telephone
                                                               (724) 799-8409 Facsimile
                                                               bthompson@thompsonattorney.com