Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey S. Ardolino Sr.**
   Debtor(s)

Bankruptcy Case No.: 14–22255–GLT
Related to Docket No. 113
Chapter: 13
Docket No.: 114 – 113
Concil. Conf.: January 24, 2019 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 26, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 10, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 10, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

Case 14-22255-GLT    Doc 116    Filed 10/12/18    Entered 10/13/18 01:07:21    Desc
                     Imaged Certificate of Notice    Page 4 of 5

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania

In re:                                                               Case No. 14-22255-GLT
Jeffrey S. Ardolino, Sr.                                             Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: hthu                 Page 1 of 2                 Date Rcvd: Oct 10, 2018
                               Form ID: pdf900            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db             +Jeffrey S. Ardolino, Sr.,    2553 Homehurst Avenue,     Pittsburgh, PA 15234-3160
13936242      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:    Columbia Gas of Ohio, Inc.,     P.O. Box 117,   Columbus, OH  43216)
13864679       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13864680       +KML Law Group,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13885675       +NCB Management Services, Inc.,    1 Allied Drive,     Trevose, PA 19053-6945
13866441       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13939526       +PNC Bank, National Association,     3232 Newmark Drive,    Miamisburg, OH 45342-5421
13864682       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
13864684        Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 11 2018 03:25:55
                Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13864678       +E-mail/Text: g20956@att.com Oct 11 2018 03:21:21      AT&T Mobility,    PO Box 6416,
                Carol Stream, IL 60197-6416
13871067        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2018 03:36:54
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13864677       +E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2018 03:19:28
                American Suzuki Financial Services,    PO Box 9001951,    Louisville, KY 40290-1951
13935360       +E-mail/Text: kburkley@bernsteinlaw.com Oct 11 2018 03:21:35        Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13922916        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2018 03:20:55        Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13882254        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:26:04
                LVNV Funding, LLC its successors and assigns as,     assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13864681       +E-mail/Text: blegal@phfa.org Oct 11 2018 03:20:38      Pennslyvania Housing Finance Agency,
                PO box 15057,    Harrisburg, PA 17105-5057
13901301       +E-mail/Text: csc.bankruptcy@amwater.com Oct 11 2018 03:21:47        Pennsylvania American Water,
                P.O. Box 578,    Alton, IL 62002-0578
13895357        E-mail/PDF: rmscedi@recoverycorp.com Oct 11 2018 03:26:21
                Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13888748        E-mail/Text: appebnmailbox@sprint.com Oct 11 2018 03:20:27        Sprint Corp.,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13864683       +E-mail/Text: appebnmailbox@sprint.com Oct 11 2018 03:20:26        Sprint,   PO Box 8077,
                London, KY 40742-8077
13864685       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 11 2018 03:19:23
                Verizon,    PO Box 660748,    Dallas, TX 75266-0748
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
                                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: hthu                    Page 2 of 2                    Date Rcvd: Oct 10, 2018
                                      Form ID: pdf900               Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Brian C. Thompson    on behalf of Debtor Jeffrey S. Ardolino, Sr. bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
           ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Jeffrey S. Ardolino bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
           ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```