## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-22255-GLT |
| | ) | |
| Jeffrey S. Ardolino, Sr., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | June 5, 2019 at 10:30 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Jeffrey S. Ardolino, Sr.

2. This is a final interim application for the period April 11, 2017 through April 24, 2019.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $10,330.76

5. Applicant requests additional:
   Compensation of $2,080.00
   Reimbursement of Expenses of $109.76

6. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio, on June 5, 2019 at 10:30 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before May 11, 2019, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: April 24, 2019               /s/Brian C. Thompson
                                    Brian C. Thompson, Esquire
                                    PA ID No. 91197
                                    THOMPSON LAW GROUP, P.C.
                                    125 Warrendale Bayne Road, Suite 200
                                    Warrendale, PA 15086
                                    (724) 799-8404
                                    bthompson@thompsonattorney.com