FILED
5/17/19 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-22255-GLT |
| Jeffrey S. Ardolino, Sr., | ) | Chapter 13 |
| Debtor. | ) | Document No. |
| ------------------------------------------ | ) | Related to Document No. 123 |
| Thompson Law Group, P.C., | ) | |
| Applicant, | ) | **Hearing date and time:** June 5, 2019 at 10:30 a.m. |
| vs. | ) | |
| No Respondent. | ) | |

## ORDER OF COURT

AND NOW, the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$2,189.76** for services rendered on behalf of the Debtor for the period between April 11, 2017 through April 24, 2019, which represents $2,080.00 in attorney fees and $109.76 in costs.

A prior fee application in the amount of $10,330.76 was awarded by Order of Court on May 4, 2017.

Prepared by:  Brian Thompson, Esq.

**DEFAULT ENTRY**

Dated:  5/17/19
cm: Brian Thompson, Esq.

Gregory Taddonio  hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-22255-GLT
Jeffrey S. Ardolino, Sr.                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin           Page 1 of 1           Date Rcvd: May 17, 2019
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db             +Jeffrey S. Ardolino, Sr.,   2553 Homehurst Avenue,   Pittsburgh, PA 15234-3160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Jeffrey S. Ardolino, Sr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Jeffrey S. Ardolino bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7