**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEFFREY S. ARDOLINO, SR.

        Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
       vs.
No Respondents.

Case No.:14-22255

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2014 and confirmed on 7/21/14 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,670.00 |
| Less Refunds to Debtor | 1.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 65,668.61 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 12,520.52 | |
|    Trustee Fee | 2,749.82 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,270.34 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4690 | | | | |
|   PNC BANK NA | 7,435.64 | 7,435.64 | 0.00 | 7,435.64 |
|     Acct: 4690 | | | | |
|   PNC BANK NA | 0.00 | 42,681.63 | 0.00 | 42,681.63 |
|     Acct: 4690 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4690 | | | | |
| | | | | 50,117.27 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY S. ARDOLINO, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY S. ARDOLINO, SR. | 1.39 | 1.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 2,189.76 | 2,189.76 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-19 | | | | |
|   THOMPSON LAW GROUP PC | 6,330.76 | 6,330.76 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0-17 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 281.00 | 281.00 | 0.00 | 281.00 |
|     Acct: XXXXXXXX GLT | | | | |
| | | | | 281.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 4,827.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 1002 | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN SUZUKI FINANCIAL SVC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9166 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 348.60 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 5631 | | | | |
|   NCB MANAGEMENT SERVICES INC* | 2,521.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 4030 | | | | |
|   SPRINT CORP(*) | 379.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 0502 | | | | |
|   TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9166 | | | | |
|   VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9166 | | | | |
|   PNC BANK NA | 1,083.17 | 0.00 | 0.00 | 0.00 |
|     Acct: 2352 | | | | |
|   PNC BANK NA | 1,416.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 3981 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 414.58 | 0.00 | 0.00 | 0.00 |
|     Acct: 7849 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,360.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 0800 | | | | |
|   PA AMERICAN WATER(*) AKA AMERICAN | 2,682.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 9166 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 26,055.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 5320 | | | | |
|   COLUMBIA GAS OF OHIO INC | 2,727.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 0013 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                          50,398.27

TOTAL
CLAIMED           281.00
PRIORITY        7,435.64
SECURED        44,817.11

Date: 07/29/2019                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JEFFREY S. ARDOLINO, SR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-22255

Chapter 13

Document No.:

## ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                _____
                                                U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 14-22255-GLT
Jeffrey S. Ardolino, Sr.                                            Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2              Date Rcvd: Jul 30, 2019
                               Form ID: pdf900             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db             +Jeffrey S. Ardolino, Sr.,    2553 Homehurst Avenue,    Pittsburgh, PA 15234-3160
13936242      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court:    Columbia Gas of Ohio, Inc.,    P.O. Box 117,    Columbus, OH  43216)
13864679       +HSBC Bank,    PO Box 5253,    Carol Stream, IL  60197-5253
13864680       +KML Law Group,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13885675       +NCB Management Services, Inc.,    1 Allied Drive,    Trevose, PA 19053-6945
13866441       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13939526       +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13864682       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
13864684        Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:24:40
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13864678       +E-mail/Text: g20956@att.com Jul 31 2019 03:22:48      AT&T Mobility,    PO Box 6416,
                Carol Stream, IL 60197-6416
13871067        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2019 03:25:42
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13864677       +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2019 03:20:46
                American Suzuki Financial Services,    PO Box 9001951,    Louisville, KY 40290-1951
13935360       +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:01      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13922916        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 31 2019 03:22:32      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13882254        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:24:46
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13864681       +E-mail/Text: blegal@phfa.org Jul 31 2019 03:22:09      Pennslyvania Housing Finance Agency,
                PO box 15057,    Harrisburg, PA 17105-5057
13901301       +E-mail/Text: csc.bankruptcy@amwater.com Jul 31 2019 03:23:12      Pennsylvania American Water,
                P.O. Box 578,    Alton, IL 62002-0578
13895357        E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:23:49
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13888748        E-mail/Text: appebnmailbox@sprint.com Jul 31 2019 03:21:57      Sprint Corp.,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13864683       +E-mail/Text: appebnmailbox@sprint.com Jul 31 2019 03:21:57      Sprint,    PO Box 8077,
                London, KY 40742-8077
13864685       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2019 03:20:37
                Verizon,    PO Box 660748,    Dallas, TX 75266-0748
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                             Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                    Page 2 of 2          Date Rcvd: Jul 30, 2019
                              Form ID: pdf900               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Jeffrey S. Ardolino, Sr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Jeffrey S. Ardolino bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```