**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/17/19 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JEFFREY S. ARDOLINO, SR.

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-22255

Chapter 13

Related to Docket No. 136

ORDER OF COURT

AND NOW, this _____17th Day of September, 2019_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 14-22255-GLT
Jeffrey S. Ardolino, Sr.                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                  Page 1 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: pdf900             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Jeffrey S. Ardolino, Sr.,    2553 Homehurst Avenue,    Pittsburgh, PA 15234-3160
13936242       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:  Columbia Gas of Ohio, Inc.,    P.O. Box 117,    Columbus, OH  43216)
13864679       +HSBC Bank,    PO Box 5253,    Carol Stream, IL  60197-5253
13864680       +KML Law Group,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13885675       +NCB Management Services, Inc.,    1 Allied Drive,    Trevose, PA 19053-6945
13866441       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13939526       +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13864682       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
13864684        Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2019 03:41:46
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13864678       +E-mail/Text: g20956@att.com Sep 18 2019 03:32:46      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
13871067        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:43:34
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13864677       +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 03:30:50
                 American Suzuki Financial Services,    PO Box 9001951,    Louisville, KY 40290-1951
13935360       +E-mail/Text: kburkley@bernsteinlaw.com Sep 18 2019 03:32:59        Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13922916        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:32:27        Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13882254        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:41:53
                 LVNV Funding, LLC its successors and assigns as,     assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13864681       +E-mail/Text: blegal@phfa.org Sep 18 2019 03:32:01      Pennslyvania Housing Finance Agency,
                 PO box 15057,    Harrisburg, PA 17105-5057
13901301       +E-mail/Text: csc.bankruptcy@amwater.com Sep 18 2019 03:33:13        Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
13895357        E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2019 03:40:47
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13888748        E-mail/Text: appebnmailbox@sprint.com Sep 18 2019 03:31:51        Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13864683       +E-mail/Text: appebnmailbox@sprint.com Sep 18 2019 03:31:51        Sprint,   PO Box 8077,
                 London, KY 40742-8077
13864685       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 03:30:40
                 Verizon,   PO Box 660748,    Dallas, TX 75266-0748
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: aala                Page 2 of 2           Date Rcvd: Sep 17, 2019
                              Form ID: pdf900           Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Jeffrey S. Ardolino, Sr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Jeffrey S. Ardolino bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```