SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO: 1. Intake Clerk *

2. Case Administrator

FROM: Financial Administrator

UC

DATE: 12/2/2019

CASE NAME: Ardolino

CASE NUMBER: 14-22255

Check Number 1138865 in the amount of $ 1.39 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 16482       Intake Clerk's Initials  NF

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
11/26/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: JEFFREY S. ARDOLINO, SR.

Case No: 1422255

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s).  The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Jeffrey S. Ardolino, Sr.
2553 Homehurst Avenue
Pittsburgh,PA 15234

CHECK NUMBER <u>1138865</u>     AMOUNT <u>$1.39</u>

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ <u>Jackie Blough</u>
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: BRIAN C THOMPSON ESQ
JEFFREY S. ARDOLINO, SR.